# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ELSA HERNANDEZ, as personal
representative of the wrongful death estate of
Irisema Hernandez, deceased,

    Plaintiff,

v.                                         No. 2:17-cv-01218-KRS-GJF

MALIN PARKER, in his official
and individual capacities; ROOSEVELT
COUNTY BOARD OF COMMISSIONERS;
and ROOSEVELT COUNTY SHERIFF'S
DEPARTMENT,

    Defendants.

## FINAL JUDGMENT

Having dismissed all of Plaintiff's federal claims with prejudice and denied without prejudice any pendant state law causes of action in an Order entered concurrently herewith (Doc. 61),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment is entered and this matter is **DISMISSED WITH PREJUDICE** as to Plaintiff's federal claims and **DISMISSED** without prejudice as to Plaintiff's state law causes.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by consent